UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CEDRIC HOWARD,<br><br>　　　　　　　　Plaintiff,<br>v.<br>NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　　　　　Defendants. | Case No.  2:21-cv-01282-RFB-DJA<br><br>ORDER |

　　　　On January 3, 2022, the Court entered an order screening this case. (ECF No. 5.) The screening order allowed Plaintiff's Eighth Amendment claim to proceed and dismissed his Fourteenth Amendment claim without prejudice and with leave to amend within 60 days. (*Id.* at 7-8.) On January 4, 2022, Plaintiff filed an updated address with the Court. (ECF No. 7.) On January 14, 2022, the Court's screening order was returned as undeliverable to Plaintiff's previous address. (ECF No. 8.)

　　　　For the foregoing reasons, **IT IS ORDERED** that:

　　　　1.　　The Clerk of the Court will send a copy of the Court's screening order (ECF No. 5) and a courtesy copy of Plaintiff's complaint (ECF No. 6) to Plaintiff at his new address.

　　　　2.　　The Clerk of the Court will send to Plaintiff the approved form for filing a § 1983 complaint and instructions for the same.

　　　　3.　　It is further ordered that Plaintiff is granted an extension to file an amended complaint until April 15, 2022.

　　　　DATED this 14th day of February 2022.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE