UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Cedric Howard,<br><br>                    Plaintiff,<br><br>    v.<br><br>Nevada Department of Corrections, et al.,<br><br>                    Defendants. | Case No. 2:21-cv-01282-RFB-DJA<br><br>**Order** |

      Before the Court is *pro se* Plaintiff Cedric Howard's motion to extend time to serve Defendants. (ECF No. 13). Plaintiff explains that he does not believe he will be able to serve the Defendants within the time provided. (*Id.*). Currently, Plaintiff has until February 20, 2023 to complete service. (ECF No. 11 at 2) (explaining that "Plaintiff must perfect service within ninety (90) days from [November 22, 2022]"). Under Federal Rule of Civil Procedure 4(m), if the plaintiff shows good cause for the failure to serve a defendant within the time provided, the court must extend the time for service for an appropriate period. Under Local Rule IA 6-1(a), a motion to extend time must state the reasons for the extension requested and inform the court of all previous extensions of the subject deadline that the court granted.

      Here, although Plaintiff does not explain how much longer he may need to serve Defendants, the Court finds that he has demonstrated good cause under both Federal Rule of Civil Procedure 4(m) and Local Rule IA 6-1(a). Plaintiff explains that, based on his research, he believes that some Defendants have resigned from their positions and may have moved. (ECF No. 13). Given this explanation, the Court will grant Plaintiff's motion and extend the service period by thirty days.

///

///

      **IT IS THEREFORE ORDERED** that Plaintiff's motion to extend (ECF No. 13) is **GRANTED.** Plaintiff must perfect service by **March 22, 2023**.

DATED: February 9, 2023.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE