**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| Cedric Howard,<br><br>Plaintiff,<br><br>v.<br><br>Nevada Department of Corrections; et al.,<br><br>Defendants. | Case No. 2:21-cv-01282-RFB-DJA<br><br>**Order** |

Before the Court is Plaintiff's response to the Court's order to show cause. (ECF No. 19). On August 18, 2025, the Court ordered Plaintiff to show cause in writing on or before September 17, 2025, why the Court should not recommend dismissal of the case for Plaintiff's failure to prosecute it. (ECF No. 18). Plaintiff filed a response on August 29, 2025, stating that he intends to pursue his case and asking the Court "to provide further direction as to the appropriate next steps in light of the defendants' lack of response." (ECF No. 19). On July 22, 2026, the Clerk's Office entered a notice that, if Plaintiff did not take action in the case within thirty days, the Court would enter a dismissal. (ECF No. 20). That notice was returned as undeliverable. (ECF No. 21).

Given Plaintiff's response to the Court's order to show cause, the Court finds its order to show cause satisfied. The Court will not recommend dismissal of this action at this time. However, the Court cannot provide Plaintiff with legal advice regarding the next steps he must take in his case. The Court will, however, require Plaintiff to update his address within thirty days. LR IA 3-1. Plaintiff must further take some action in this case beyond updating his address within thirty days.

///

///

///

**IT IS THEREFORE ORDERED** that the Court deems its order to show cause (ECF No. 18) **satisfied.**

**IT IS FURTHER ORDERED** that Plaintiff must update his address on or before **October 1, 2026.**

**IT IS FURTHER ORDERED** that Plaintiff must take some action in this case beyond updating his address on or before **October 1, 2026.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **send** Plaintiff a copy of this order.

**IT IS FURTHER ORDERED that failure to timely comply with this order will result in the recommended dismissal of this case.**

DATED: September 1, 2026

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE