**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| Cedric Howard,<br><br>Plaintiff,<br><br>v.<br><br>Nevada Department of Corrections; et al.,<br><br>Defendants. | Case No. 2:21-cv-01282-RFB-DJA<br><br>**Order** |

On September 1, 2026, the Court ordered Plaintiff to update his address and take some action in this case beyond updating his address on or before October 1, 2026. (ECF No. 22). Plaintiff now moves for an extension of that deadline by thirty days so that he can seek counsel. (ECF No. 25). Given Plaintiff's pro se status, the Court finds good cause to grant Plaintiff's motion. *See* Fed. R. Civ. P. 6(b).

**IT IS THEREFORE ORDERED** that Plaintiff's motion to extend time (ECF No. 25) is **granted.**

**IT IS FURTHER ORDERED** that Plaintiff must take some action in this case beyond updating his address on or before **November 2, 2026.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **send** Plaintiff a copy of this order.

**IT IS FURTHER ORDERED that failure to timely comply with this order will result in the recommended dismissal of this case.**

DATED: October 2, 2026

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE